# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-CV-00066-DKW-WRP |
| CASE NAME: | Alaska Airlines, Inc. v. Catlin Specialty Insurance Company |
| ATTY FOR PLA: | Lyle S. Hosoda, Esq. |
| ATTYS FOR DEFT: | Terrence R. McInnis, Esq. |
| CATLIN SPECIALTY INSURANCE REP: | Janene Niemeyer |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | No Record/VTC |
| DATE: | 7/13/2021 | TIME: | 11:00 a.m. – 11:44 a.m. |
| | | TIME: | 11:45 a.m. – 11:55 a.m. |

COURT ACTION:  EP:   FURTHER GLOBAL SETTLEMENT CONFERENCE
                     GLOBAL SETTLEMENT ON THE RECORD

The Court held a Further Global Settlement Conference by video teleconference. (11:00 a.m. – 11:44 a.m. not recorded/no record)

Discussions held.  Settlement reached.

The Court held a Global Settlement on the Record by video teleconference. (11:45 a.m. – 11:55 a.m. recorded)

A Global Settlement was reached in the following cases:

*Alaska Airlines, Inc. v. Catlin Specialty Insurance Company*, Civ No. 1:21-CV-00066-DKW-WRP (United States District Court, District of Hawaii)

| Plaintiff | Defendant |
|---|---|
| Lyle S. Hosoda, Esq | Terrence R. McInnis, Esq. |

*Sara Green v. Alaska Airlines, Inc. et al*, Civ No. 2CC171-000484 (Hawai'i Circuit Court, Second Circuit)

| Plaintiff | Defendants |
|---|---|
| Matt Menzer, Esq. | Lyle S. Hosodo, Esq. |

*Alaska Airlines, Inc. v. Mutual Underwriters et al.*, Civ No. 1CCV-21-0000097 (Hawai'i Circuit Court, First Circuit)

| Plaintiff | Defendants |
|---|---|
| Lyle S. Hosoda, Esq. | Corlis Chang, Esq. (Mutual) |
| | Greg Takase, Esq. (ICI) |

Counsel stated the key terms on the record.

The Court found that the parties have entered into a valid and enforceable settlement.

Stipulation for Dismissal shall be submitted to watson_orders@hid.uscourts.gov no later than September 13, 2021.

All dates and deadlines, including trial, are VACATED.

*Submitted by: Juliet Parker, Courtroom Manager*