HOSODA LAW GROUP
Attorneys At Law, A Law Corporation

| | |
|---|---|
| LYLE S. HOSODA | 3964-0 |
| KOURTNEY H. WONG | 10827-0 |
| SPENCER J. LAU | 11105-0 |

Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:   (808) 524-3700
Facsimile:    (808) 524-3838
Email: lsh@hosodalaw.com;
khw@hosodalaw.com; sjl@hosodalaw.com

Attorneys for Plaintiff
ALASKA AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| ALASKA AIRLINES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CATLIN SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Civil No. 1:21-CV-66 DKW-WRP<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES, AND ORDER** |

## STIPULATION TO DISMISS WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES, AND ORDER

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(A)(ii) and Local Rule 41.1, Plaintiff ALASKA AIRLINES, INC. ("Plaintiff"), by and through its attorneys, Hosoda Law Group, AAL, ALC, and Defendant CATLIN SPECIALTY INSURANCE COMPANY ("Catlin"), by and through its attorneys Case Lombardi & Pettit and Troutman Pepper Hamilton Sanders, LLP, hereby stipulate to dismiss <u>with prejudice</u> the above-captioned matter.

This Stipulation has been executed by counsel for all parties. All parties are to bear their own attorneys' fees and costs. All other claims and parties within this case are dismissed. No other parties, issues, or claims remain in this case.

DATED: Honolulu, Hawai`i, September 27, 2021.

/s/ Lyle S. Hosoda
LYLE S. HOSODA
KOURTNEY H. WONG
SPENCER J. LAU

Attorneys for Plaintiff
ALASKA AIRLINES, INC.

---

*Alaska Airlines, Inc. v. Catlin Specialty Insurance Company*, Civ. No. 1:21-CV-66 DKW-WRP; United States District Court; District of Hawai`i; State of Hawai`i; **STIPULATION TO DISMISS WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES, AND ORDER.**

DATED: Honolulu, Hawai`i, September 27, 2021.

/s/ Lissa Andrews
LISSA ANDREWS
TERRENCE R. MCINNIS
JAMES A. HAZLEHURST

Attorneys for Defendant
CATLIN SPECIALTY INSURANCE
COMPANY

APPROVED AS TO FORM.

DATED: September 28, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Alaska Airlines, Inc. v. Catlin Specialty Insurance Company*, Civ. No. 1:21-CV-66 DKW-WRP; United States District Court; District of Hawai`i; State of Hawai`i; **STIPULATION TO DISMISS WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES, AND ORDER.**